IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIE CORNER,** | : | Case No.: 3:19-CV-173 |
| | : | |
| *On behalf of herself and those similarly situated,* | : | Judge Kim R. Gibson |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **GREGORY & COMPANY, INC.;** | : | |
| **JAMES GREGORY; JOHN DOE** | : | |
| **CORPORATION 1-10; JOHN DOE 1-10.** | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff Jamie Corner ("Plaintiff") hereby moves this Court to: (i) enter the Proposed Order granting Plaintiff's Assented To Motion for Preliminary Approval of Proposed Class Action Settlement, (ii) preliminarily certify the proposed Class for settlement purposes under Rule 23(b)(3) of the Federal Rules of Civil Procedure, (iii) appoint Morgan & Paul, LLC as Class Counsel and Plaintiff Jamie Corner as Settlement Class Representative, (iv) approve the substance, form, and manner of the Notices of Class Action Settlement for dissemination to all members of the Class, and (v) schedule a Final Approval Hearing. Defendants assent to the relief requested.

Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Motion for Preliminary Approval of Proposed Class Action Settlement, the Settlement Agreement, the Declaration of Frank V. Raimond in support of Plaintiff's Motion for

Preliminary Approval and accompanying exhibits, and a [Proposed] Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

        Respectfully submitted,

        MORGAN & PAUL, PLLC

        <u>     /s/ Gregory G. Paul     </u>
        GREGORY G. PAUL
        PA ID No.: 83334
        First and Market Building
        100 First Avenue, Suite 1010
        Pittsburgh, PA  15222
        (412) 259-8375
        (888) 822-9421 (facsimile)
        gregpaul@morgan-paul.com

        <u>*/s/ Frank V. Raimond*       </u>
        Frank V. Raimond (*pro hac vice*)
        Raimond & Staines, LLC
        305 Broadway, 7th Floor
        New York, New York 10007
        *frank@raimondstaines.com*

        *Counsel for Plaintiff and the Proposed Settlement Class*


        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2022, a copy of the following documents were served by electronic filing on all counsel of record:

Plaintiff's Unopposed Motion For Preliminary Approval for Class and Collective Action Settlement

<u>/s/ Gregory Paul</u>